**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1753

MICHAEL W. MCRAE,

Plaintiff - Appellant,

versus

STATE OF MARYLAND; DEPARTMENT OF PERSONNEL;
DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONAL
SERVICES; DIVISION OF CORRECTIONS MARYLAND
CORRECTIONAL PRE-RELEASE SYSTEM; MARYLAND
CLASSIFIED EMPLOYEE'S ASSOCIATION,
Incorporated,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson Everett Legg, Chief District Judge.
(CA-03-1194-L)

Submitted: September 11, 2003          Decided: June 8, 2004

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Michael W. McRae, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael W. McRae appeals the district court's order dismissing his employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal as frivolous on the reasoning of the district court. See McRae v. Maryland, No. CA-03-1194-L (D. Md. filed May 9, 2003 & entered May 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED